**GRAND CANYON LAW GROUP LLC**
Joseph D. Tobler (No. 035228)
1930 East Brown Road, Suite 102
Mesa, Arizona 85203-5138
Telephone: 480.400.5555
Facsimile: 888.507.3031
courts@grandcanyon.law
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

v.

Mariana Magdaleno Torres,

Defendant.

Cite No. 2:23-cr-00818-DGC-2

**DEFENDANT'S OBJECTION TO PRESENTENCE INVESTIGATION REPORT**

Defendant Mariana Magdaleno Torres, by and through undersigned counsel, hereby objects to the information within the Presentence Investigation Report in this matter and states the following:

1. Sentencing is set for May 1, 2024.
2. Paragraph 22 opines that Magdaleno Torres is an average participant. This should be a minor or minimal participant. Magdaleno Torres did not purchase any more than 2 guns according to reports. One of those guns, the Glock, is still locatable as it was not sold to someone across the border, but was transferred to a friend after Magdaleno decided it was not one that she wanted to keep. The two gun purchases minus that gun purchase, the Glock, equals one gun purchase. There is no evidence that Magdaleno Torres is even remotely as involved as Carillo. Carillo is seeking,

finding, selling, and transferring multiple guns, while Magdaleno Torres has one gun involved and does a little bit of help and encourages her spouse to be careful. She was unaware of the "ins and outs" of what Carillo was doing with the guns. She was not involved to that degree. She had a severe lack of knowledge and understanding of the scope of this enterprise. She did not benefit from the activity other than being the girlfriend of Carillo.

DATED this 23rd day of April, 2024.

**GRAND CANYON LAW GROUP LLC**

By: */s/ Joseph D. Tobler*
Joseph D. Tobler
*Attorney for Defendant*

Certificate of Service:

I hereby certify that on April 23, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable David G. Campbell

Sheila Phillips, Assistant United States Attorney
Sheila.phillips2@usdoj.gov
*Attorney for the United States of America*

Kamille R. Dean, *Counsel for Co-defendant*
Kamille@kamilledean.com